**Motion Granted; Case Reinstated and Order filed April 3, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

——————————

## NO. 14-13-00509-CV
——————————

## ENZO INVESTMENTS, LP, Appellant

## V.

## CHARLES WHITE, Appellee

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-08290**

---

## ORDER

On February 25, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why the reporter's record had not been filed.

On March 27, 2014, the parties filed a motion to reinstate the appeal because the reporter's record was filed March 7, 2014.

The motion is granted. Our order of February 25, 2014, is withdrawn. The appeal is reinstated.  Appellant's brief is due May 5, 2014.

PER CURIAM